UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE LOCAL 7 TILE
INDUSTRY WELFARE FUND, et. al,

               Plaintiffs,

                                       14 CV 4097 (SJ) (CLP)

    -against-                        **ORDER ADOPTING**
                                        **REPORT AND**
                                        **RECOMMENDATION**

EAQ CONSTRUCTION CORP., et al,

               Defendants.
-------------------------------------------------------X
A P P E A R A N C E S

VIRGINIA & AMBINDER, LLP
40 Broad Street
New York, NY 10004
By:    Nicole Marimon
       Elina Burke
       Jonathan Roffe
       Todd Dickerson
       Michael Bauman
*Attorneys for Plaintiffs*

JOHNSON, Senior District Judge:

      Presently before the Court is a Report and Recommendation ("Report")

prepared by Magistrate Judge Cheryl L. Pollak.  Judge Pollak issued the Report on

August 12, 2016, and provided the parties until August 29, 2016 to file any

objections.  Neither party filed any objections to the Report.  For the reasons stated

herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 14 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Pollak's recommendations were due by August 29, 2016. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Pollak's Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: August 30, 2016          _____/s/_____
       Brooklyn, NY                      Sterling Johnson, Jr., U.S.D.J.